# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER E. BERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARRINGTON, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:15-cv-01134-LJO-SKO (PC)<br><br>ORDER ADDRESSING LODGED SUPPLEMENTAL COMPLAINT<br><br>(Doc. 18) |

Plaintiff Spencer E. Berry ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2015. On December 16, 2015, Plaintiff submitted a supplemental complaint to the Clerk's Office for filing, potentially to address the standing deficiency identified by the Court in orders filed on November 17, 2015, and December 2, 2015.

Litigants may only supplement pleadings with leave of court, Fed. R. Civ. P. 15(d), and Plaintiff neglected to file a motion requesting leave to supplement his complaint and stating the grounds for supplementation, Fed. R. Civ. P. 7(b)(1). Therefore, Plaintiff's supplemental complaint has been lodged rather than filed, and he is HEREBY NOTIFIED that it will remain

///
///
///
///

lodged with no further action taken unless he files a motion seeking leave to supplement his complaint that identifies the grounds supporting the motion.

IT IS SO ORDERED.

Dated:   **January 5, 2016**                         /s/ Sheila K. Oberto
                                                                           UNITED STATES MAGISTRATE JUDGE